1  Mitchell B. Ludwig (State Bar No. 115903)
   mbl@kpclegal.com
2  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, 15th Floor
3  Glendale, California 91203-1904
   Telephone: (818) 547-5000
4  Facsimile: (818) 547-5329

5  Attorneys for Defendant
   GCS/LES, LLC f/k/a Glendale Career Schools, Inc.

FILED & ENTERED

DEC 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FEY 240 NORTH BRAND, LLC<br><br>    Debtor. | NO. 2:09-bk-44228-AA<br><br>Date:  12/15/10<br>Time:  10:00 a.m.<br>Ctrm:  1375 |
| FEY 240 NORTH BRAND, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>GCS/LES, LLC, f/k/a Glendale Career Schools, Inc.,<br><br>    Defendant. | ADV. NO. 2:10-ap-01912-AA<br><br>CHAPTER 11<br><br>ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT<br>(FRCP, Rule 12) |

On December 15, 2010, on due notice, the Honorable Alan Ahart, United States Bankruptcy Judge, held a hearing to consider Defendant GCS/LES, LLC's Motion to Dismiss or For a More Definitive Statement As to Plaintiff's Adversary Complaint, pursuant to FRCP, Rule 12 (the "Motion").

The Court, having considered the Motion and all relevant documents on file in the case, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1.   The Motion is granted.

-1-

KNAPP,
PETERSEN
& CLARKE

1    2.    The Adversary Complaint is dismissed.

###



DATED: December 17, 2010

United States Bankruptcy Judge

**KNAPP, PETERSEN & CLARKE**

-2-

| In re: | CHAPTER: 11 |
|---|---|
| Fey 240 North Brand, LLC | |
| Debtor(s). | CASE NUMBER: 2:10-ap-01912-AA |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
550 N. Brand Blvd., Ste. 1500, Glendale, CA 91203

A true and correct copy of the foregoing document described as [PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT (FRCP, Rule 12) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On December 17, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Fey 240 North Brand LLC | John Schock, attorney for debtor | U.S. Trustee |
|---|---|---|
| 210 S. Orange Grove | 210 Orange Grove, Ste. 200 | 725 S. Figueroa St., 26th Flr. |
| Pasadena, CA 91105-1705 | Pasadena, CA 91105-1705 | Los Angeles, CA 90017 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 17, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Alan M. Ahart (Via Personal Service)
United States Bankruptcy Court, Room 1382
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 17, 2010 | Cynthia Contreras | /s/ Cynthia Contreras |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT (FRCP, Rule 12) _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 17, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Dare Law, Attorney for US Trustee, dare.law@usdoj.gov
U.S. Trustee, ustpregion16.la.ecf@usdoj.gov
Mitchell B. Ludwig, Esq., mbl@kpclegal.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Fey 240 North Brand LLC
210 S. Orange Grove
Pasadena, CA  91105-1705

John P. Schock
Schock & Schock
210 So. Orange Grove Blvd., Ste. 200
Pasadena, CA  91105

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                         **F 9021-1.1**